IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANET NOBLE | : |
| | : CIVIL ACTION NO. 02-CV-3895 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| BAYER CORPORATION; | : ENTRY OF APPEARANCE |
| BAYER AG; | : |
| GLAXOSMITHKLINE, PLC; | : |
| GLAXOSMITHKLINE; | : |
| SMITHKLINE BEECHAM | : |
| | : |
| Defendants. | : |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

    Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____    _____
Hope S. Freiwald    Aline Fairweather

_____    _____
Erin Brennan    Kirstin J. Miller

    DECHERT PRICE & RHOADS
    4000 Bell Atlantic Tower
    1717 Arch Street
    Philadelphia, PA 19103-2793
    (215) 994-4000